ACCEPTED
03-15-00715-CV
7909975
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/19/2015 3:15:10 PM
JEFFREY D. KYLE
CLERK

## IN THE COURT OF APPEALS
## FOR THE 3RD DISTRICT, AT AUSTIN, TEXAS
## CAUSE NUMBER 03-15-00715-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/19/2015 3:15:10 PM
JEFFREY D. KYLE
Clerk

## JOSE SANCHEZ AND
## VIVIAN SANCHEZ, APPELLANTS

## V.

## BORA NHEK AND HANNA NHEK, APPELLEES

## AGREED MOTION TO SUBSTITUTE LEAD COUNSEL OF APPELLEES

Pursuant to Texas Rule of Appellate Procedure 6.5, Bora Nhek and Hanna Nhek, Appellees herein, and make and files this, their agreed motion to substitute lead counsel of record and would show the following

### I.

Appellees hereby move that Benjamin Trotter of The Rutherford Law Firm, PLLC be substituted as their lead counsel of record in this litigation in the stead of Collin Henry, and that he be recognized as their lead counsel in all proceedings herein. The Plaintiff asks this Court to direct the Clerk of the Court to transmit all notices of judgments, orders, or notices of the filing of pleadings to Benjamin Trotter, State Bar No. 24082567, at 923 S. Alamo St., Suite 2, San Antonio, Texas 78205. Benjamin Trotter's phone number is (210) 225-4200 and his fax number is (210) 225-4495.

Attorney Collin R. Henry is in agreement with the substitution. His agreement is indicated by his signature on this motion.

Appellees pray for relief in accordance with this motion. Appellees pray for general relief, both legal and equitable.

Respectfully submitted,

The Rutherford Law Firm, PLLC

By: _Ben Trotter_

**Benjamin Trotter**
State Bar No. 24082567
Email: btrotter.law@gmail.com
923 S. Alamo, Suite 2
San Antonio, Texas 78205
Office: (210) 225-4200
Fax: (210) 225-4495
**Attorney for Appellees**

Motion approved:

Collin R. Henry
SBN: 24087710
Law Offices of W. Hampton Beesley, P.C.
610 S. Abe, Suite A
San Angelo, Texas 76903
Telephone: (325) 653-1356
Facsimile: (325) 653-2423
collin@beesleylaw.com

## CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing document has been forwarded on November 19, 2015 to the following by the method indicated:

J.W. Johnson
228 West Harris
San Angelo, Texas 76903

**Via telecopier: (325) 655-6402**

The Rutherford Law Firm, PLLC

By: _____
.Benjamin Trotter
State Bar No. 24082567
923 S. Alamo, Suite 2
San Antonio, Texas 78205
Tel: (210) 225-4200
Fax: (210) 225-4495
**Attorney for Appellee**